IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **AMENDED TRIAL ORDER** |
| vs. | ) | |
| | ) | |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

A telephonic conference was held on July 8, 2005 regarding the scheduled trial date. Counsel agreed that the trial should be rescheduled to Tuesday, July 26, 2005. Defense counsel waived speedy trial on behalf of the defendant. For good cause shown,

**IT IS ORDERED:**

1. The trial of this matter is continued from July 12, 2005 to **Tuesday, July 26, 2005** at 9:00 a.m. in Courtroom No. 2, Third Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person.

2. The ends of justice will be served by continuing the trial and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **the making of the motion on July 8, 2005, and the newly-scheduled trial date of July 26, 2005**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 11th day of July, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge