### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 53 be stricken from the record for the following reason:

- Incorrect PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 53 from the record. The party is directed to re-file the document.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge