IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL 28 PM 3: 59

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04 CR 199 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | |
| | ) | |
| BILLY DAVIS, | ) | |
| | ) | |
| Defendant. | | |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   Warden, Douglas County Jail
Having custody of the above named individual;
The United States Marshal for the District of Nebraska

We command that you produce Parish Swift to appear now detained in Douglas County Jail, for safe and secure conduct before this Court at the Untied States Federal Building, 111 S. 18th Plaza, Omaha, Nebraska on July 29, 2005 at 9:00 a.m. and each day thereafter as may be necessary, for the purpose of attending a trial in the above case. Upon conclusion of the hearing, you shall return said person to appear, to the custody from which he came under safe and secure conduct in accordance with law and have you then this writ.

WITNESS THE UNITED STATES JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA THIS 28TH DAY OF JULY, 2005.

By:

Denise Lucks, Clerk
United States District Court
for the District of Nebraska

_____
James Martin Davis #10927
Davis Law Office
1623 Farnam St., Suite 500
Omaha, NE 68102
Tel: (402) 341-9900
Fax: (402) 341-8144
Attorney for Defendant

UNITED STATES OF AMERICA   )
                           )
DISTRICT OF NEBRASKA       )

James Martin Davis being duly sworn on oath says that he is the attorney for the Defendant Billy D. Davis, that he has read the foregoing Application and that the facts set forth therein are true.

_____
James Martin Davis

Subscribed to and sworn to before me this 28th day of July 2005

_____
Notary Public

ORDER

Upon the above application,

IT IS ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued as requested above.

DATED this 28th day of July 2005.

_____
United States Magistrate Judge

LAURIE SMITH CAMP

2