**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **STRIKE ORDER** |
| vs. | ) | |
| | ) | |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Clerk's Office has requested that Document Number 72 be stricken from the record for the following reason(s):

- No Notice of Electronic Filing was produced when filed.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 72 from the record. The party is directed to re-file the document.

DATED this 8th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge