**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to proceed in forma pauperis on appeal (Filing No. 98) and the attached affidavit.

The Court finds that the Defendant has satisfied the requirements of Federal Rule of Criminal Procedure 24(a)(1).

IT IS ORDERED:

1. The Defendant's motion to proceed in forma pauperis on appeal (Filing No. 98) is granted; and

2. The Defendant may proceed in forma pauperis on appeal.

DATED this 22nd day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge