IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion filed by appointed counsel, David R. Stickman, the Federal Public Defender, for an order allowing Mr. Stickman and the Office of the Federal Public Defender to withdraw (Filing No. 128) because the Defendant has hired James Martin Davis. Mr. Davis has previously entered his appearance in this case.

IT IS ORDERED that the motion to withdraw filed by appointed counsel, David R. Stickman (Filing No. 128) is granted.

DATED this 1st day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge