## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.   8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1.      The Court has completed the initial review of the Defendant's Motions Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing Nos. 130, 133, 135);

2.      The Defendant's § 2255 motion (Filing No. 130) is denied as moot;

3.      Upon initial review, the Court summarily dismisses the Defendant's claims raised in the other § 2255 motions (Filing Nos. 133, 135); and

4.      The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 28th day of April, 2008.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge