AO 247 (02/08) Order Regarding Motion for Sentence Reduction

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:04CR199 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 80388-008 |
| | ) | |
| BILLY D. DAVIS | ) | JAMES M. DAVIS |
| Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: 12/2/2005 | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 360 months is reduced to 324 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 38 | | Amended Offense Level: 36 | |
| Criminal History Category: VI | | Criminal History Category: VI | |
| Previous Guideline Range: 360 to life months | | Amended Guideline Range: 324 to 405 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✓ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Except as provided above, all provisions of the judgment dated December 2, 2005 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 15th day of May, 2008
Effective Date: Thursday, May 29, 2008

s/ Laurie Smith Camp
United States District Judge