IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR199** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BILLY D. DAVIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the notice regarding the previously filed notice of appeal (Filing No. 150). Although Mr. Davis recently had retained counsel in this Court, this Court has previously granted him leave to proceed in forma pauperis. Therefore,

IT IS ORDERED that the Defendant may proceed on appeal in forma pauperis.

DATED this 4th day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge