IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:04CR199 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BILLY D. DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for reconsideration (Filing No. 197).

IT IS ORDERED:

1. The Defendant's motion for reconsideration (Filing No. 197) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 25th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge