IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>BILLY DAVIS,<br><br>                Defendant. | **8:04-CR-199**<br><br>**ORDER FOR DISMISSAL** |

This matter is before the Court on Plaintiff's Motion to Dismiss, Filing 273, the Petition for Warrant or Summons for Offender Under Supervision, Filing 254. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss, Filing 273 is granted;

2. The Petition for Offender Under Supervision, Filing 254, is dismissed.

Dated this 20th day of September, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge